UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **25-5036**

Case Title: **Daniel Alexander Horwitz** vs. **U.S. District Court for the Middle District**

List all clients you represent in this appeal:

**UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DIVISION; HONORABLE WILLIAM LYNN CAMPBELL, JR., Chief District Judge; HONORABLE ALETA ARTHUR TRAUGER, District Judge; HONORABLE WAVERLY D. CRENSHAW, JR., District Judge; HONORABLE ELI J. RICHARDSON, District Judge, in their official capacities**

- ☐ Appellant
- ☒ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☐ Check if a party is represented by more than one attorney.
☒ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Timothy D. Thompson**   Signature: s/ **Timothy D. Thompson**

Firm Name: **United States Attorney's Office**

Business Address: **717 West Broadway**

City/State/Zip: **Louisville, KY 40202**

Telephone Number (Area Code): **(502) 582-5911**

Email Address: **timothy.thompson@usdoj.gov**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

6ca-68
8/17