UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **25-5036**

Case Title: **Daniel Horwitz** vs. **U.S. DISTRICT COURT M.D. Tenn. et. al**

List all clients you represent in this appeal:

**UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DIVISION; HONORABLE WILLIAM LYNN CAMPBELL, JR., Chief District Judge; HONORABLE ALETA ARTHUR TRAUGER, District Judge; HONORABLE WAVERLY D. CRENSHAW, JR., District Judge; HONORABLE ELI J. RICHARDSON, District Judge, in their official capacities**

☐ Appellant ☐ Petitioner ☐ Amicus Curiae ☐ Criminal Justice Act
☒ Appellee ☐ Respondent ☐ Intervenor (Appointed)

☒ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Michael S. Raab**    Signature: s/ **Michael S. Raab**

Firm Name: **U.S. Department of Justice**

Business Address: **950 Pennsylvania Ave NW Rm. 7237**

City/State/Zip: **Washington, DC 20530**

Telephone Number (Area Code): **(202) 514-4053**

Email Address: **michael.raab@usdoj.gov**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.