No. 25-5036

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Feb 14, 2025
KELLY L. STEPHENS, Clerk

| | |
|---|---|
| DANIEL ALEXANDER HORWITZ, | ) |
| Plaintiff - Appellant, | ) |
| v. | ) O R D E R |
| UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DIVISION; HONORABLE WILLIAM LYNN CAMPBELL, JR., Chief District Judge; HONORABLE ALETA ARTHUR TRAUGER, District Judge; HONORABLE WAVERLY D. CRENSHAW, JR., District Judge; HONORABLE ELI J. RICHARDSON, District Judge, in their official capacities, | ) |
| Defendants - Appellees. | ) |

Plaintiff appeals the dismissal of his action against a district court and four district judges for lack of jurisdiction. Plaintiff now moves to expedite the appeal, defendants respond in opposition, and plaintiff replies.

The motion to expedite is **GRANTED IN PART**, insofar as upon the completion of briefing the appeal will be submitted to the court at the earliest practicable date that the court's schedule will permit. The determinations of when and whether oral argument will be held are reserved to the merits panel to which this appeal will be assigned.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

Kelly L. Stephens, Clerk